# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**196**
**CA 14-00044**
PRESENT: PERADOTTO, J.P., CARNI, SCONIERS, AND WHALEN, JJ.

---

DUANE FLINT, PLAINTIFF-RESPONDENT,

V                                                            ORDER

JERRY L. CORNELL, DEFENDANT-APPELLANT.

---

LOUIS J. COLELLA, P.C., DANSVILLE (LOUIS J. COLELLA OF COUNSEL), FOR DEFENDANT-APPELLANT.

EDWARD J. DEGNAN, CANISTEO, FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered September 24, 2013. The order, among other things, denied defendant's motion to dismiss for want of prosecution.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 6, 2015                    Frances E. Cafarell
                                              Clerk of the Court